# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:01-CR-05421-(2)-LJO |
| Plaintiff, | |
| v. | ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE |
| LEO SOYOZA-CENIN, | |
| Defendant. | (ECF NO. 132) |

On June 27, 2016, Petitioner Leo Soyoza-Cenin filed a *pro se* "Petition for Writ of Habeas Corpus," (ECF No. 132), and specifies that the motion is pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"). In his motion, Petitioner asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016), may impact the length of his sentence. *See* Doc. 132 at 1. To efficiently process petitions under *Johnson* and *Welch*, and following Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **September 30, 2016** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. Upon the FDO's filing, the Court will determine whether it is appropriate to issue an order setting a further briefing schedule. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated:   **August 18, 2016**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE